IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES, CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 7:13-cv-1872-KOB |
| ERIC BEDWELL d/b/a BEDWELL LOGGING, ) ) ) ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

This matter is before the court on the "Plaintiff's Motion for Default Judgment." (Doc. 19). The magistrate judge filed his report and recommendation on October 31, 2014, recommending that the court grant the plaintiff's motion; enter default judgment in the plaintiff's favor and against the defendant in the amount of $179,059.86, to include accrued interest, collection costs, and attorney's fees; and order the defendant to immediately turn over possession of the Collateral. (Doc. 23). No party filed any objections.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court grant the plaintiff's motion for default judgment and enter judgment in its favor.

The court will enter an Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 23rd day of January, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE